

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2019

No. 04-19-00719-CR

Deuk Bok **CHA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 575753
The Honorable Helen P. Stowe, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on February 17, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court